IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mark Evans, :
                     :
    Plaintiff(s), :
                     : Case Number: 1:10cv779
   vs. :
                     : Chief Judge Susan J. Dlott
Commissioner of Social Security, :
                     :
    Defendant(s). :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Karen L. Litkovitz filed on May 29, 2012 (Doc. 20), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired June 15, 2012, hereby ADOPTS said Report and Recommendation.

Accordingly, the Motion for Attorney Fees (Doc.18) is **GRANTED.** The plaintiff is awarded $3,102.50 in attorney fees and $350.00 in costs for a total award of $3,452.50.

IT IS SO ORDERED.

                                           s/Susan J. Dlott
                                           Chief Judge Susan J. Dlott
                                           United States District Court